# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 31, 2021

## NO. 03-21-00487-CV

**Darrell J. Harper, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES GOODWIN, BAKER, AND SMITH**
**DISMISSED -- OPINION BY JUSTICE BAKER**

Having reviewed the record, the Court finds that the appeal should be dismissed. Therefore, the Court dismisses the appeal. No costs of appeal shall be assessed in this Court or in the court below.